UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
**7/12/2006**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:    ❒ Followed    ❒ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 7/12/2006**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the Disclosure hearing June 22, 2006 , and for good cause shown, it is

ORDERED that this case is dismissed .

Pursuant to Fed. R. Bankr. P. 2002(f),  the Clerk shall notify all parties in interest of the entry of this order.

*Rev. 7/1/04; jml*

*Approved by Judge Kathryn C. Ferguson  July  12, 2006*